JUN 2 5 2002
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PATRICK TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>ROADWAY EXPRESS, INC., a foreign corporation,<br><br>    Defendant. | Case No. C01-5264JKA<br><br>TRIAL MINUTES |

Plaintiff's attorney: Hugh McGavick

Defendant's attorney: Greg Murphy

Mag. Judge J. Kelley Arnold

Court Clerk: Traci Whiteley

Court Reporter: Robyn Fiedler

**June 25, 2002 (Day 7)** - 10:20 a.m. Court convened outside the presence of the jury. The Transcript of the Testimony of John Mooney filed. The Court recaps for the record yesterday's discussion re: the jury's request for portions of the transcript of Mr. Mooney's testimony. Colloquy as to which portion of the transcript of John Mooney to be provided to the jury.

10:50 a.m. Jury seated. Court reads excerpts of the testimony of John Mooney re: October 25, 1999, to the Jury. 10:58 a.m. Jury excused to continue deliberations.

11:05 a.m. Jury informs Court that they have reached a verdict. 11:20 a.m. Court reconvened with counsel and parties present. Jury seated. Verdict read. Jury finds for the Defendant. Court polls Jury. Jurors thanked for their service and excused. 11:25 a.m. Court in recess.

71

United States District Court
for the
Western District of Washington
June 28, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:01-cv-05264

True and correct copies of the attached were mailed by the clerk to the following:

    Hugh Joseph McGavick, Esq.
    STE A
    3434 MARTIN WAY E
    OLYMPIA, WA  98506
    FAX 1-360-438-0230

    Gregory John Murphy, Esq.
    EISENHOWER & CARLSON
    STE 1200
    1201 PACIFIC AVE
    TACOMA, WA  98402
    FAX 1-253-272-5732

    Mag Judge Arnold